**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Hector Del ANGEL–HERNANDEZ,**
**Defendant–Appellant.**

No. 05–41594
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Hector Del Angel–Hernandez, Houston, TX, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Hector Del Angel–Hernandez (Del Angel) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Del Angel has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.